## BAKER *v.* THE STATE.

There was no error in refusing to sustain the *certiorari* on any of the grounds set forth in the petition.          *Judgment affirmed.*
April 16, 1894.

*Certiorari.* Before Judge MILNER. Bartow superior court. January term, 1894.

On conviction of assault and battery in the city court of Cartersville, defendant carried the case to the superior court, where the conviction was sustained. Numerous grounds of error were assigned, a report of which would not be useful. The case seems to turn mainly upon the evidence, which, though conflicting, supports the conviction.

W. I. HEYWARD and J. B. CONYERS, for plaintiff in error. A. W. FITE, solicitor-general, *contra*.